IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**UNITED STATES OF AMERICA,**

    v.                                            Criminal No.: 2:24-cr-97

**MATTHEW TAYLOR MORRIS,**

        Defendant,

## NOTICE OF APPEARANCE

This Notice is to advise the Court that James O. Broccoletti, Esquire, will serve as counsel for the Defendant in the above-styled matter.

                                            Respectfully submitted,

                                            MATTHEW TAYLOR MORRIS

                                            By Counsel

                                            _____/s/_____
                                            James O. Broccoletti, Esquire
                                            VSB# 17869
                                            ZOBY & BROCCOLETTI, P.C.
                                            6663 Stoney Point South
                                            Norfolk, VA 23502
                                            (757) 466-0750
                                            (757) 466-5026
                                            james@zobybroccoletti.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 10th day of September, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John F. Butler, Esq.
United States Attorney
Eastern District of Virginia
101 W Main Street Suite 8000
Norfolk, VA 23510
757-441-6331
john.f.butler@usdoj.gov

                                                /s/
                                James O. Broccoletti, Esquire
                                VSB# 17869
                                ZOBY & BROCCOLETTI, P.C.
                                6663 Stoney Point South
                                Norfolk, VA 23502
                                (757) 466-0750
                                (757) 466-5026
                                james@zobybroccoletti.com