IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**UNITED STATES OF AMERICA,**

    v.                                                   Criminal No.: 2:24-cr-97

**MATTHEW TAYLOR MORRIS,**

    **Defendant,**

## NOTICE OF APPEARANCE

This Notice is to advise the Court that S. Mario Lorello, Esquire, will serve as counsel for the Defendant in the above-styled matter.

                                      Respectfully submitted,

                                      MATTHEW T. MORRIS,

                                      By Counsel

                                      _____/s/_____
                                      S. Mario Lorello, Esquire
                                      VSB# 80629
                                      ZOBY & BROCCOLETTI, P.C.
                                      6663 Stoney Point South
                                      Norfolk, VA 23502
                                      (757) 466-0750
                                      (757) 466-5026
                                      mario@zobybroccoletti.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 12th day of September 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Anothy Marek
United States Attorney
Eastern District of Virginia
101 W Main Street Suite 8000
Norfolk, VA 23510
757-441-3591
anthony.marek@usdoj.gov

Graham Stolle
United States Attorney
Eastern District of Virginia
101 W Main Street Suite 8000
Norfolk, VA 23510
757-411-3575
Graham.stolle2@usdoj.gov

John F. Butler
United States Attorney
Eastern District of Virginia
101 W Main Street Suite 8000
Norfolk, VA 23510
757-441-6331
John.f.buter@usdoj.gov

                  **/s/**
              S. Mario Lorello, Esquire
              VSB# 80629
              ZOBY & BROCCOLETTI, P.C.
              6663 Stoney Point South
              Norfolk, VA 23502
              (757) 466-0750
              (757) 466-5026
              mario@zobybroccoletti.com