Rev. 02/2006

COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk Division

# SENTENCING MINUTES

| | | | |
|---|---|---|---|
| Set: | 11:00 a.m. | Date: | February 25, 2025 |
| Started: | 11:00 a.m. | Judge: | Jamar K. Walker |
| Ended: | 12:50 p.m. | Court Reporter: | Michelle Maar, OCR |
| | | U.S. Attorney: | Graham Stolle |
| | | Defense Counsel: | James Broccoletti |
| | | Courtroom Deputy: | Brian Peters |
| | | Probation Officer: | Jeff Noll |
| | | Interpreter | |
| Case No. | 2:24-cr-97 | | |
| Defendant: | Matthew Taylor Morris | ( ) In Custody | (X) On Bond |

__X__ Came on for disposition. _______ Defendant sworn. _______ Interpreter sworn
__X__ Defendant satisfied with advice, counsel, and effectiveness of counsel.
__X__ Court **adjudged** defendant guilty of Counts 1 and 2 of the Criminal Information.
__X__ Govt's motion for acceptance of responsibility: Granted
__X__ Presentence Report reviewed. __X__ Objections heard and rulings made.
__X__ Court adopts PSR for the purpose of establishing the advisory guidelines.
__X__ Evidence presented. (Witnesses listed on last page)
__X__ Arguments of counsel heard. __X__ Statement of defendant heard.

# IMPRISONMENT:

SENTENCE: Counts 1 and 2: The defendant shall be committed to the custody of the BOP to be imprisoned for a total term of 18 months. This term consists of 18 months on Count 1 and a term of 18 months on Count 2, to be served concurrently.

_______ The defendant is remanded to the custody of the U.S. Marshal.

__X__ The defendant shall surrender for service of the sentence at the institution designated by the BOP/U.S. Marshal before 2:00 p.m. on April 7, 2025, as notified by the U.S. Marshal.

_______ If defendant is unable to arrange transportation to the designated institution, the United States Marshal will arrange transportation for the defendant.

__X__ If the defendant is not notified by the United States Marshal of the institution designated, the defendant shall report to the United States Marshal at 600 Granby Street, Norfolk, VA, by 2:00 p.m. on April 7, 2025, to begin service of the sentence.

## PROBATION:

_______ The defendant shall be placed on probation for a term of ____________ years.

## SUPERVISED RELEASE:

__X__ Upon release from imprisonment, the defendant shall be on supervised release for a total term of 2 years. This term consists of 2 years on Count 1 and a term of 2 years on Count 2, all to run concurrently.

_______ The Court will not impose a term of supervised release as it is not required by statute and the defendant is a deportable alien who likely will be deported after imprisonment.

## Conditions of Supervised Release:

While on supervised release the defendant shall comply with all the mandatory conditions of supervised release as outlined in 18 U.S.C. § 3583(d) and as listed in the PSR and that are hereby adopted by this Court. Namely,

> The defendant shall not commit another Federal, State, or local crime.
>
> The defendant shall not unlawfully possess a controlled substance.
>
> The defendant shall refrain from any unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

_______ As reflected in the presentence report, the defendant presents a low risk of future substance abuse and therefore, the court hereby suspends the mandatory condition for substance abuse testing as defined by 18 USC 3563(a)(5). However, this does not preclude the U.S. Probation Office from administering drug tests as they deem appropriate.

_______ It shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

__X__ While on supervised release the defendant shall comply with all of the standard and special conditions of supervised release that are outlined in the PSR and are hereby adopted by this Court. The Court finds the special condition(s) appropriate in light of defendant's personal history and characteristics.

__X__ The defendant shall engage in 200 hours of community service at the direction of the Probation Office.

# FINANCIAL PENALTIES

## SPECIAL ASSESSMENT:

__X__ As to Count 1, the defendant shall pay a special assessment in the amount of $100.00.
__X__ As to Count 2, the defendant shall pay a special assessment in the amount of $100.00.

The total special assessment due is $200.00 shall be due in full immediately.

Any balance remaining unpaid on the special assessment at the inception of supervision shall be paid by the defendant in installments of not less than $50.00 per month, until paid in full. Said payments shall commence sixty (60) days after defendant's supervision begins.

Rev. 02/2006

## FINE:

___X___ Court finds defendant is unable to pay fine.

_______ The defendant shall pay a fine in the amount of $__________________.

---

## RESTITUTION:

_______ The defendant shall make restitution in the amount of $______________.

_______ Interest is waived.

_______ Restitution Judgment Order, entered and filed in open court.

_______ Court defers determination of restitution and accepts defendant's waiver of right to be present at a hearing.

---

## SCHEDULE OF PAYMENTS:

_______ Interest will not accrue if the special assessment/fine/restitution is paid in accordance with the schedule, or any modified schedule, set by this court.

_______ The special assessment/fine/restitution is due and payable immediately. Any balance remaining unpaid on the special assessment/fine/restitution at the inception of supervision, shall be paid by the deft. in installments of not less than $____________ per month, until paid in full. Said payments shall commence _________ days after defendant's supervision begins.

_______ At the time supervision commences, the probation officer shall take into consideration the defendant's economic status as it pertains to his ability to pay the special assessment/fine/restitution ordered and shall notify the court of any change that may need to be made to the payment schedule.

_______ Each restitution payment shall be divided proportionately among the payees named.

_______ Restitution shall be made jointly and severally with _____________________________.

---

_______ Nothing in the Court's order shall prohibit the collection of any judgment, fine, or special assessment by the United States.

___X___ Any special assessment payments may be subject to penalties for default and delinquency.

___X___ Payment of Criminal Monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk, United States District Court for the Eastern District of Virginia.

___X___ The defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Rev. 02/2006

__X__ The defendant notified of right of appeal.

__X__ Court noted that defendant waived right of appeal in plea agreement.

______ On motion of the Govt, remaining counts dismissed.

__X__ The defendant is continued on present bond and cautioned re bail jumping.

__X__ Court recommends to the Bureau of Prisons:

- __X__ The defendant receive credit for any time already served.
- _____ The defendant participate in any educational or vocational training offered by the Bureau of Prisons.
- __X__ The defendant be enrolled in a 500-hour Intensive Substance Abuse Treatment Program if he qualifies and volunteers.
- __X__ The defendant receive an evaluation for the need for substance abuse and mental health treatment while incarcerated.
- __X__ The defendant be assigned to a facility as close as possible to his family located in the Commonwealth of Virginia.
- __X__ The defendant be assigned to a minimum-security facility.

______ Consent Order of Forfeiture, executed and filed in open court.

______ Exhibits returned to the moving party at conclusion of the hearing.

## Additional Counts/Comments:

Defense witnesses: Geoffrey Cielo; Melanie Remington