Prob 12 (10/09)
VAE (rev. 07/26)

# UNITED STATES DISTRICT COURT
# for the
# EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Matthew Taylor Morris Docket No. 2:24-cr-97

**Petition on Supervised Release**

COMES NOW Kevin R. Hoyle, II, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Matthew Taylor Morris, who was placed on supervision by The Honorable Jamar K. Walker, United States District Judge, sitting in the Court at Norfolk, Virginia, on the 25th day of February, 2025, who fixed the period of supervision at TWO (2) YEARS, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2.

*Supervision began on January 21, 2026.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
**See Attachment(s)**

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 20th day of Aug., 2026 and ordered filed and made a part of the records in the above case.

Jamar K. Walker
United States District Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: August 20, 2026

Kevin R. Hoyle, II
U.S. Probation Officer

Place Norfolk, Virginia

**TO CLERK'S OFFICE**

OFFENSE:

Count 1: Conspiracy to Possess with Intent to Distribute and Distribute Marijuana, a Class D Felony.

Count 2: Possession with Intent to Distribute Marijuana, a Class D Felony.

SENTENCE:

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of FIFTEEN (15) MONTHS. This term consists of FIFTEEN (15) MONTHS on Count 1 and a term of FIFTEEN (15) MONTHS on Count 2, to be served concurrently. Upon release from imprisonment, the defendant shall be on supervised release for a total term of TWO (2) YEARS. This term consists of TWO (2) YEARS on Count 1 and a term of TWO (2) YEARS on Count 2, to run concurrently. The defendant was also ordered to pay a $200 assessment.

SPECIAL CONDITIONS:

In addition to the Standard Conditions of Release, the defendant is ordered to comply with the following Special Conditions of Release:

1. If the defendant tests positive for a controlled substance or shows signs of alcohol abuse, the defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer. The defendant shall waive all rights of confidentiality regarding substance abuse treatment to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.

2. The defendant shall engage in 200 hours of community service at the direction of the Probation Office.

ADJUSTMENT TO SUPERVISION:

On January 21, 2026, Morris began his term of supervised release. On January 23, 2026, Morris reviewed and signed the conditions of supervision with this officer. He has maintained a stable residence in Virginia Beach, Virginia. Morris is employed as a paralegal with DC Johnson PLLC in Virginia Beach, as verified through quarterly pay stubs. Morris paid his special assessment in full on May 7, 2025.

Morris has maintained a respectful attitude toward this officer and has reported as directed. He has not submitted any positive urine screens thus far and to date, and has not provided documentation of any completed community service hours. On August 18, 2026, he incurred new charges in York County, Virginia, for two counts of Assault and Battery and one count of Sexual Battery-General. Although Morris has maintained a respectful attitude and reports as directed, his overall adjustment to supervision is considered unsatisfactory and unacceptable due to his recent alleged criminal conduct.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION: COMMISSION OF A CRIME- ASSAULT AND BATTERY (MISDEMEANOR) (2 COUNTS); SEXUAL BATTERY (MISDEMEANOR).**

On July 18, 2026, Morris visited Water Country USA in Williamsburg, Virginia, with his eight-year-old son. While at the amusement park, he encountered three African American females identified as A.J. (age 18), K.B. (age 17), and A.B. (age 14). According to a police report obtained from Investigator Robert Gray of the York County Sheriff's Office, all three females reported that, while waiting in line, Morris stood so close to them at various times that they could feel his body heat on their backs and his breath on their necks.

While waiting in line for a ride, K.B. reported that Morris attempted to hold A.B.'s hand. A.B. further reported that, while waiting in line for the Big Daddy Falls ride, Morris was looking at her and K.B. in a sexual manner, which caused them to become uncomfortable with his behavior. While in line, an unidentified individual asked whether K.B. was the mother of Morris' eight-year-old son. K.B. reported that, following the comment, Morris nudged her on the shoulder in apparent agreement with the individual. K.B. further reported that Morris then looked at her and stated, "We would make beautiful black babies."

According to K.B., Morris subsequently placed his arm around her waist and grabbed her. K.B. reported that, during this interaction, Morris moved his hand and touched her buttocks multiple times. Following the alleged contact, K.B. and A.B. attempted to exit the lazy river but missed the exit.

On August 18, 2026, Morris was charged by the York County Sheriff's Office with two misdemeanor counts of Assault and Battery and one misdemeanor count of Sexual Battery. On August 19, 2026, Morris reported to the United States Probation Office, where he was arrested by the United States Marshals Service in Norfolk, Virginia. Morris is currently detained in the Norfolk City Jail and is expected to be transported to York County, Virginia, for processing and arraignment.

KRH/tns