AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

COPY

United States of America
v.
MATTHEW TAYLOR MORRIS
*Defendant*

Case No. 2:24cr97

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ☑ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of Court

| | |
|---|---|
| Place: United States District Court<br>Walter E. Hoffman U.S. Courthouse<br>600 Granby Street<br>Norfolk, Virginia 23510 | Courtroom No.: Magistrate Courtroom #2<br>Date and Time: 09/04/2026 9:00 am |

This offense is briefly described as follows:

See attached Petition.

Original Offense:
T.21:846, 841(a)(1) and (b)(1)(D) - Conspiracy to Distribute and Possess with Intent to Distribute Marijuan

Date: 08/20/2026

/S/ [signature]
*Issuing officer's signature*

Jamar K. Walker, U.S. District Judge
*Printed name and title*

I declare under penalty of perjury that I have:

❒ Executed and returned this summons ❒ Returned this summons unexecuted

Date: ____________

*Server's signature*

*Printed name and title*